IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

CHRISTOPHER A. CASE,       :
          :   C.A. No: K13C-12-020 TBD
      Plaintiff,       :
          :
    v.          :
          :
AARON R. TAYLOR,      :
          :
      Defendant.     :

## ORDER

In this matter, Plaintiff has moved to have precluded any "expert opinion" testimony by the investigating officer. Defendant objects, not to the concept, but only to the phraseology of the proposed Order.

Hence, Officer James P. Piazza will not be permitted to offer opinion or "causation conclusory" testimony. He will of course, be permitted to testify, as any lay witness, to all things he observed or did.

**SO ORDERED** this 6th day of January, 2015.

              /s/ Robert B. Young
                    J.

RBY/lmc
oc:   Prothonotary
cc:   Gary W. Aber, Esq.
      Mary E. Sherlock, Esq.
      Opinion Distribution
      File